364 P.2d 597

James A. RABURN, Petitioner,

v.

Harold A. COX, Respondent.

No. 7024.

Supreme Court of New Mexico.

Sept. 15, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that petition for writ of mandamus filed August 21, 1961, be and the same is hereby denied for the reason that the records of the District Court of the First Judicial District within and for Santa Fe County show that petition for writ of habeas corpus filed therein by petitioner was dismissed upon motion of petitioner's attorney.

Further ordered that petition for writ of habeas corpus filed September 15, 1961, be and the same is hereby denied.

364 P.2d 597

Earl L. FAUKE, Petitioner,

v.

Harold A. COX, Warden, Respondent.

No. 7039.

Supreme Court of New Mexico.

Sept. 15, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process in this Court.

Further ordered that petition for writ of habeas corpus be and the same is hereby denied as stating no grounds upon which relief can be granted and nothing which requires appointment of an attorney to represent petitioner.